IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MICHAEL HENDERSON, § § | |
| Plaintiff, § § | |
| VS. § | NO. 4:07-CV-093-A |
| § | |
| MICHAEL J. ASTRUE, § COMMISSIONER OF SOCIAL § SECURITY, § § | |
| Defendant. § | |

## ORDER

Came on for consideration the above-captioned action wherein Michael Henderson is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability insurance benefits under Title II of the Social Security Act and supplemental security income benefits under Title XVI of the Social Security Act. On January 8, 2008, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation and granted the parties until January 29, 2008, in which to file and serve objections. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge. Therefore,

The court ORDERS that the decision of defendant that plaintiff was not entitled to disability insurance benefits or supplemental security income benefits be, and is hereby, affirmed.

SIGNED January 30, 2008.

_____
JOHN McBRYDE
United States District Judge